UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-97-1FL

UNITED STATES OF AMERICA

v.

JARVIS ALONZO DAVIS

ORDER TO RESET ARRAIGNMENT

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to reset the arraignment of the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment shall be reset to the February 16, 2016 term of court.

IT IS SO ORDERED.

This  11th  day of January, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge