UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-97-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARVIS ALONZO DAVIS | ORDER ALLOWING MOTION TO<br>WITHDRAW PLEA OF GUILTY |

This matter comes before the Court upon an unopposed motion by the Defendant, Jarvis Alonzo Davis, to withdraw the plea of guilty entered February 18, 2016, on the grounds that his plea was the product of mutual mistake by the parties and was not knowing and intelligent. (DE-23). The United States agrees with the Defendant that he should be allowed to withdraw the plea.

Upon careful consideration of the circumstances shown by the parties, the Court agrees that the Defendant has demonstrated a fair and just reason to withdraw the guilty plea.

WHEREFORE, for good cause shown, the Motion to Withdraw Plea of Guilty (DE-23) is ALLOWED. Arraignment in this case is hereby rescheduled for the April 12, 2016 term of Court.

This 16th day of March, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge